

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11  BRUCE HANEY,                    )  Case No. 2:24-cv-09266-VBF-JC
12                   Petitioner,    )  ORDER ACCEPTING FINDINGS,
                                    )  CONCLUSIONS, AND
13           v.                     )  RECOMMENDATIONS OF
                                    )  UNITED STATES MAGISTRATE
14  L. LUNDY, Warden,               )  JUDGE
                                    )
15                   Respondent.    )
16                                  )
17  _____

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19  Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254
20  ("Petition"), the parties' submissions in connection with Respondent's Motion to
21  Dismiss the Petition ("Motion to Dismiss"), and all of the records herein,
22  including the May 27, 2025 Report and Recommendation of United States
23  Magistrate Judge ("Report and Recommendation") and Petitioner's Objections to
24  the Report and Recommendation.  The Court has further made a *de novo*
25  determination of those portions of the Report and Recommendation to which
26  objection is made.  The Court concurs with and accepts the findings, conclusions,
27  and recommendations of the United States Magistrate Judge and overrules the
28  Objections.

1    IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the
2    Petition and this action are dismissed.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4    Report and Recommendation, and the Judgment herein on Petitioner and counsel
5    for Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8    DATED: August 20, 2025            /s/ Valerie Baker Fairbank

9

10                                     _____
                                       HONORABLE VALERIE BAKER FAIRBANK
11                                     UNITED STATES DISTRICT JUDGE