**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HANEY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>L. LUNDY, Warden,<br><br>　　　　　Respondent. | Case No. 2:24-cv-09266-VBF-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 and this action are dismissed.

IT IS SO ADJUDGED.

DATED: August 20, 2025 _____

/s/ Valerie Baker Fairbank
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE